UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TYRONE M. COCHRAN,

    Plaintiff,

v.

    Case No. 3:21-cv-00463-BJD-PDB

NCB MANAGEMENT SERVICES, INC.,

    Defendant.

_____/

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that TYRONE M. COCHRAN ("Plaintiff") hereby notifies the Court that the Plaintiff and Defendant have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties anticipate this process to take no more than 60 days and request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement. The Parties propose to file a stipulated dismissal with prejudice within 60 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

Dated on this 14th day of September 2021.

                                                */s/ Alejandro E. Figueroa*
                                               Alejandro E. Figueroa
                                               Florida Bar No. 1021163
                                               Sulaiman Law Group, Ltd.
                                               2500 S. Highland Ave., Suite 200
                                               Lombard, Illinois 60148
                                               Phone: (630) 575-8181
                                               Fax: (630) 575-8188
                                               alejandrof@sulaimanlaw.com
                                               *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*/s/ Alejandro E. Figueroa*
Alejandro E. Figueroa