# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

TYRONE M. COCHRAN,

    Plaintiff,

v.                                                                         Case No. 3:21-cv-00463-BJD-PDB

NCB MANAGEMENT SERVICES, INC.,

    Defendant.

_____/

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, TYRONE M. COCHRAN, and the Defendant, NCB MANAGEMENT SERVICES, INC., through their respective counsel that the above-captioned action is dismissed, with prejudice, against NCB MANAGEMENT SERVICES, INC., pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: October 8, 2021                             Respectfully Submitted,

| **TYRONE M. COCHRAN** | **NCB MANAGEMENT SERVICES, INC.** |
|---|---|
| */s/ Alejandro E. Figueroa* | |
| Alejandro E. Figueroa | */s/ Ashley Wydro* |
| Florida Bar No. 1021163 | Ashley Wydro |
| *Counsel for Plaintiff* | Florida Bar No. 0106605 |
| Sulaiman Law Group, LTD | *Counsel for Defendant* |
| 2500 S. Highland Avenue, Suite 200 | Sessions, Fishman, Nathan & Israel |
| Lombard, Illinois 60148 | 3350 Buschwood Park Drive, Suite 195 |
| Telephone: (630) 575-8181 | Tampa, Florida 33618 |
| Fax: (630) 575-8188 | Telephone: (813) 890-2460 |
| alejandrof@sulaimanlaw.com | Fax: (877) 334-0661 |
| | awydro@sessions.legal |

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*/s/ Alejandro E. Figueroa*
Alejandro E. Figueroa