UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TYRONE M. COCHRAN,

    Plaintiff,

v.                                        Case No.:  3:21-cv-463-BJD-PDB

NCB MANAGEMENT SERVICES, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Agreed Stipulation of Dismissal With Prejudice (Doc. No. 16; Stipulation) filed on October 8, 2021. In the Stipulation, the parties indicate their agreement to dismissal of this case with prejudice. See Stipulation at 1.

Accordingly, it is hereby

**ORDERED**:

1. This case is **DISMISSED with prejudice.**

2. Each party shall bear its own costs and fees.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 15th day of October, 2021.

BRIAN J. DAVIS
United States District Judge

- 2 -

*Copies to:*

Counsel of Record

*ap*